# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HEALTHCARE DISTRIBUTION ALLIANCE, | : | Civil Action No.: 3:25-cv-01724-OAW |
| *Plaintiff*, | : | |
| v. | : | |
| MARK D. BOUGHTON, in his official capacity as Commissioner of the Connecticut Department of Revenue Services, and WILLIAM TONG, in his official capacity as Attorney General for the State of Connecticut, | : | |
| *Defendants*. | : | OCTOBER 23, 2025 |

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Federal Rule of Civil Procedure 65(a), Plaintiff Healthcare Distribution Alliance ("HDA"), on behalf of its members, hereby moves for a preliminary injunction against Mark D. Boughton, in his official capacity as Commissioner of the Connecticut Department of Revenue Services, and William Tong, in his official capacity as Attorney General for the State of Connecticut, from implementing or enforcing against any of HDA's members, the Connecticut Drug Price Cap of Public Act No. 25-168, §§ 345-47 ("the Drug Price Cap"), which is effective on January 1, 2026. As demonstrated in the accompanying memorandum of law: (1) HDA is likely to succeed on its claim that the Drug Price Cap violates the Commerce Clause and the Fourteenth Amendment of the United States Constitution; (2) HDA's members will suffer irreparable harm absent an injunction; and (3) the balance of hardships and public interest militate in favor of an injunction.

Together with its memorandum of law and supporting declarations, HDA respectfully requests that the Court grant its motion through entry of a preliminary injunction.

**ORAL ARGUMENT**
**REQUESTED**

Dated: October 23, 2025
Hartford, Connecticut

Respectfully submitted,

 */s/ Thomas J. Finn*
Thomas J. Finn (ct20929)
Snigdha Mamillapalli (ct31142)
**McCarter & English, LLP**
185 Asylum Street, 36th Floor
Hartford, CT 06103
Tel.: (860) 275-6700
Fax: (860) 724-3397
tfinn@mccarter.com
smamillapalli@mccarter.com

Jonathan S. Massey
(admitted *pro hac vice*)
Bret R. Vallacher
(admitted *pro hac vice*)
Austin S. Martin
(admitted *pro hac vice*)
**MASSEY & GAIL LLP**
1000 Maine Ave SW, Suite 450
Washington, D.C. 20024
Tel.: (202) 652-4511
Fax: (312) 379-0467
jmassey@masseygail.com
bvallacher@masseygail.com
amartin@masseygail.com

*Attorneys for Healthcare Distribution Alliance*

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2025, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated below. Parties may access this filing through the Court's CM/ECF System.

By: */s/ Thomas J. Finn*
Thomas J. Finn (ct20929)