UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Healthcare Distribution Alliance,<br><br>    *Plaintiff*,<br><br>v.<br><br>Mark D. Boughton, in his official capacity as Commissioner of the Connecticut Department of Revenue Services, and William Tong, in his official capacity as Attorney General for the State of Connecticut,<br><br>    *Defendants*. | DECLARATION<br><br>Case No. 3:25-cv-1724 (OAW) |

## DECLARATION OF CHRISTOPHER REED IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

I, Christopher Reed, am over 18 years of age and hereby declare as follows:

1. I oversee distribution operations at Cencora, Inc. and provide this declaration based on my own personal knowledge.

2. Wholesale distributors in the pharmaceutical industry play a critical role in ensuring the safe, efficient, and reliable delivery of millions of healthcare products every day from manufacturers to pharmacies, hospitals, and other healthcare providers. Distributors provide sophisticated services, including thermally controlled packaging and transport, electronic data reporting, advanced analytics, administrative third-party contract management, exception management systems, quality controls, and inventory logistics.

3. Distributors efficiently and securely serve tens of thousands of U.S.-based pharmacies, hospitals, clinics, long-term care facilities, and other patient-facing organizations. They do this through a network of distribution centers

1

geographically dispersed across the nation. These distribution centers and the systems they support provide consistent just-in-time delivery to their service areas so that providers can reliably deliver high quality care to patients.

4. My company serves pharmacies, hospitals, and other healthcare providers in Connecticut. But my company has no distribution center in Connecticut. Instead, medical products we distribute in Connecticut are shipped from distribution centers outside Connecticut.

5. Wholesale distributors do not set or control the Wholesale Acquisition Cost ("WAC") for drug products. Instead, manufacturers set the WAC for drug products on a national basis. Wholesale distributors also operate on a national (rather than a state-by-state) basis, under contracts with manufacturers that are not tailored to individual states. Given the integrated nature of the pharmaceutical supply chain, wholesale distributors structure their contractual relationships with manufacturers and with downstream customers through national agreements that apply uniformly across states.

6. My company faces imminent and irreparable injury from the Drug Price Cap. When manufacturers inevitably increase prices for one or more covered drugs or products above the 2025 WAC (adjusted by the CPI), wholesale distributors (and their officers and employees) will face severe potential liability (including criminal sanctions) under the statute even though they do not set or control the WAC.

Further affiant sayeth not.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on October 19, 2025.

Reed, Christopher (a107264)
Digitally signed by Reed, Christopher (a107264)
Date: 2025.10.19 13:59:24 -04'00'

Christopher Reed, Vice President