Docusign Envelope ID: 057581F8-179C-4C42-84A9-DFA4FF105B97

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Healthcare Distribution Alliance,<br><br>    *Plaintiff*,<br><br>v.<br><br>Mark D. Boughton, in his official capacity as Commissioner of the Connecticut Department of Revenue Services, and William Tong, in his official capacity as Attorney General for the State of Connecticut,<br><br>    *Defendants*. | DECLARATION<br><br>Case No. 3:25-cv-1724 (OAW) |

## DECLARATION OF CHRIS VAN NORMAN IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

I, Chris Van Norman, am over 18 years of age and hereby declare as follows:

1. I am the Senior Vice President, Supply Chain Operations at McKesson Corp. and provide this declaration based on my own personal knowledge.

2. Wholesale distributors in the pharmaceutical industry play a critical role in ensuring the safe, efficient, and reliable delivery of healthcare products from manufacturers to pharmacies, hospitals, and other healthcare providers. Distributors provide sophisticated services, including thermally controlled packaging and transport, electronic data reporting, advanced analytics, administrative third-party contract management, exception management systems, quality controls, and inventory logistics.

3. Distributors serve pharmacies, hospitals, clinics, long-term care facilities, and other patient-facing organizations through a network of distribution centers geographically dispersed across the nation. These distribution centers and the

1

Docusign Envelope ID: 057581F8-179C-4C42-84A9-DFA4FF105B97

systems they support provide consistent just-in-time delivery to their service areas so that providers can reliably deliver high quality care to patients.

4. McKesson serves pharmacies, hospitals, and other healthcare providers in Connecticut. But my company has no distribution center in Connecticut. Instead, medical products we distribute in Connecticut are shipped from distribution centers outside Connecticut.

5. Wholesale distributors do not set or control the Wholesale Acquisition Cost ("WAC") for drug products. Instead, manufacturers set the WAC for drug products on a national basis, and those decisions occur outside Connecticut. Wholesale distributors also operate on a national (rather than a state-by-state) basis, under contracts with manufacturers that are not tailored to individual states. Given the integrated nature of the pharmaceutical supply chain, wholesale distributors structure their contractual relationships with manufacturers and with downstream customers through national agreements that apply uniformly across states.

6. McKesson faces imminent and irreparable injury from the Drug Price Cap. When manufacturers inevitably increase prices for one or more covered drugs or products above the January 1, 2025 WAC (adjusted by the CPI), we will face the choice of whether (1) to buy the covered product at the manufacturer's price *above* the January 1, 2025 WAC and sell to Connecticut customers at the statutory reference price (i.e., the *lower* price of January 1, 2025 WAC), or (2) to sell to Connecticut customers at a price above the January 1, 2025 WAC and face severe

civil penalties under the Drug Price Cap. We will face this dilemma even though we do not set or control the WAC.

Further affiant sayeth not.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on  10/20/2025  .

Signed by:

*Christopher Van Norman*
56C38E81542F4E0...
Chris Van Norman

Date:  10/20/2025

3