UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| Healthcare Distribution Alliance,<br><br>    *Plaintiff*,<br><br>v.<br><br>Mark D. Boughton, in his official capacity as Commissioner of the Connecticut Department of Revenue Services, and William Tong, in his official capacity as Attorney General for the State of Connecticut,<br><br>    *Defendants*. | **DECLARATION**<br><br>**Case No. 3:25-cv-1724 (OAW)** |

## DECLARATION OF NICOLETTE LOUISSAINT IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

I, Nicolette Louissaint, PhD, am over 18 years of age and hereby declare as follows:

1. I am the Chief Policy Officer at Healthcare Distribution Alliance and provide this declaration based on my own personal knowledge.

2. I understand that Connecticut's Drug Price Cap of Public Act No. 25-168 ("the Drug Price Cap") applies to branded drugs that have been off-patent for at least 24 months, generic drugs, and interchangeable biologic products (the "covered products").

3. Wholesale distributors do not set or control the WAC for drug products. Instead, manufacturers set the WAC for drug products on a national basis.

4. Several states require manufacturers to report when they increase the WAC of their products, subject to specific conditions or limitations, and this data is often made publicly available. For example, the State of California requires pharmaceutical manufacturers to report when they increase the WAC on a given

1

product by more than 16%—including the immediate increase and cumulative increases within the two previous calendar years—where the course of therapy costs more than $40.  *See* Cal. Health & Safety Code § 127677; 22 Cal. Code Regs. § 96065, available at https://hcai.ca.gov/wp-content/uploads/2024/03/CTRx-Regulations-Text.pdf.  The California Health and Human Services Agency ("CalHHS") currently makes reporting data from 2019 through October 8, 2025 publicly available.  *See Prescription Drug Wholesale Acquisition Cost (WAC) Increases*, CalHHS, https://data.chhs.ca.gov/dataset/prescription-drug-wholesale-acquisition-cost-wac-increases (Oct. 8, 2025);[1] *October Monthly Update – Prescription Drug WAC Increases (Excel)*, CalHHS, https://data.chhs.ca.gov/dataset/prescription-drug-

---

[1] I analyzed CalHHS's data on WAC increases from 2019 through 2024 using the following datasets:
- *Q1-Q4 2024 Prescription Drug WAC Increases*, CalHHS (Sept. 11, 2025), https://data.chhs.ca.gov/dataset/prescription-drug-wholesale-acquisition-cost-wac-increases/resource/882bb30d-44ed-48c9-b722-beb5aedc2c1b;
- *Q1-Q4 2023 Prescription Drug WAC Increases*, CalHHS (Sept. 11, 2025), https://data.chhs.ca.gov/dataset/prescription-drug-wholesale-acquisition-cost-wac-increases/resource/aca55cd5-a1a7-49cb-a490-997df1e27480;
- *Q1-Q4 2022 Prescription Drug WAC Increases*, CalHHS (Sept. 11, 2025), https://data.chhs.ca.gov/dataset/prescription-drug-wholesale-acquisition-cost-wac-increases/resource/dbed46b3-e823-487a-8a96-c0b2381af2c9;
- *Q1-Q4 2021 Prescription Drug WAC Increases*, CalHHS (Sept. 11, 2025), https://data.chhs.ca.gov/dataset/prescription-drug-wholesale-acquisition-cost-wac-increases/resource/34c373bb-cf9a-463e-93bf-6ae4ff3afad8;
- *Q1-Q4 2020 Prescription Drug WAC Increases*, CalHHS (Sept. 11, 2025), https://data.chhs.ca.gov/dataset/prescription-drug-wholesale-acquisition-cost-wac-increases/resource/f3e4ba62-3df4-40dd-9876-f7aea7384c1b;
- *Q1-Q4 2019 Prescription Drug WAC Increases*, CalHHS (Sept. 11, 2025), https://data.chhs.ca.gov/dataset/prescription-drug-wholesale-acquisition-cost-wac-increases/resource/9b8e12dc-1b3c-4c36-9ba9-adba6b921a6c;

(collectively, "CalHHS 2019–2024 Data").

wholesale-acquisition-cost-wac-increases/resource/b4554543-fec7-46c7-a518-b7d07bd1c1f3 (Oct. 8, 2025) ("CalHHS Oct. 2025 Update").

5. Although the limitations on California's reporting requirements mean that not every WAC increase is reported, CalHHS's data demonstrates that manufacturers frequently and consistently raise the WAC on a variety of products covered under the Drug Price Cap. After filtering CalHHS's data to exclude drugs that are reported to be off-patent for less than 24 months, the data shows manufacturer-reported WAC increases on thousands of covered products, primarily consisting of branded and generic drugs. *See generally* CalHHS 2019–2024 Data (reporting "Patent Expiration Date" in column G);[2] CalHHS Oct. 2025 Update (reporting "Drug Category" in column G as either "Brand" or "Generic," and reporting "Patent Expiration Date" in column K).

6. WAC prices for numerous covered products have *already* increased during calendar year 2025 or are set to increase before the end of 2025. California's reporting data shows that, since January 1, 2025, manufacturers have raised the WAC of over 500 covered products. *See generally* CalHHS Oct. 2025 Update. Appendix A to this Declaration provides a representative sample of just some of the covered products that have experienced a WAC increase—or sometimes two WAC increases—so far in 2025.

---

[2] Unlike the CalHHS Oct. 2025 Update, the CalHHS 2019–2024 Data does not report "Brand" or "Generic" categorization, *see generally* CalHHS 2019–2024 Data, but it does report "Drug Source Type" as "single source," "innovator multiple source," or "noninnovator multiple source," *see generally id.* (column H). Branded drugs are often classified in the CalHHS 2019–2024 Data as "single source," but there are some instances of single source generic or biosimilar products. Generic or biosimilar products are often classified as "innovator multiple source" or "noninnovator multiple source" in the CalHHS 2019–2024 data.

7. Historical data on WAC increases further indicates that, in the future, manufacturers will inevitably increase prices for additional covered drug products above the January 1, 2025 WAC (adjusted by the CPI). As summarized in Appendix B to this Declaration, California's reporting data shows that manufacturers increased the WAC on an average of about 1,300 covered products each year between 2019 and 2024. *See generally* CalHHS 2019–2024 Data; Appendix B. In other words, manufacturers consistently raise WAC on a variety of covered products and have increased the WAC on many of the same products every year.

Further affiant sayeth not.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on  10/22/2025   .

_____
Nicolette Louissaint, PhD

# APPENDIX A:

## Representative Sample of Reported WAC Increases on Covered Products in 2025

1. "BSS Plus Intraocular Solution 500ml per package"
   - Manufacturer: Alcon Labs
   - WAC Increase Reported on: 04/29/2025
   - WAC Increase Effective Date: 02/08/2025
   - Source: CalHHS Oct. 2025 Update, Row 18

2. "ACETYLCYSTEINE SOLUTION 10%, 100MG/ML, 4ML Vial, PKG OF 25"
   - Manufacturer: American Regent
   - WAC Increase Reported on: 04/28/2025
   - WAC Increase Effective Date: 02/01/2025
   - Source: CalHHS Oct. 2025 Update, Row 35

3. "HYDROXYZINE HCL, 25MG/ML, 1ML SDV, PKG. OF 25"
   - Manufacturer: American Regent
   - WAC Increase Reported on: 4/29/2025
   - WAC Increase Effective Date: 02/01/2025
   - Source: CalHHS Oct. 2025 Update, Row 38

4. "Opicapone 25 MG Capsule 30 EA"
   - Manufacturer: Amneal Pharmaceuticals
   - WAC Increase Reported on: 4/11/2025
   - WAC Increase Effective Date: 01/20/2025
   - Source: CalHHS Oct. 2025 Update, Row 46

5. "Silver sulfadiazine cream 1% 20gm tube"
   - Manufacturer: Ascend Laboratories, LLC
   - WAC Increase Reported on: 04/23/2025
   - WAC Increase Effective Date: 03/24/2025
   - Source: CalHHS Oct. 2025 Update, Row 71

6. "NAGLAZYME 1MG/ML INJ, (5 mL vial)"
   - Manufacturer: BioMarin Pharmaceutical Inc
   - WAC Increase Reported on: 04/25/2025, 07/28/2025 (respectively)
   - WAC Increase Effective Date: 01/01/2025, 06/01/2025
   - Source: CalHHS Oct. 2025 Update, Rows 150–51

7. "VOXZOGO .56MG/VIAL, Ten .56mg vial"
   - Manufacturer: BioMarin Pharmaceutical Inc
   - WAC Increase Reported on: 04/25/2025, 07/28/2025 (respectively)
   - WAC Increase Effective Date: 01/01/2025, 06/01/2025
   - Source: CalHHS Oct. 2025 Update, Rows 162–63

8. "CALDOLOR 800MG RTU BAGS/CASE OF 20"
   - Manufacturer: Cumberland Pharmaceuticals
   - WAC Increase Reported on: 07/23/2025
   - WAC Increase Effective Date: 07/01/2025
   - Source: CalHHS Oct. 2025 Update, Row 259

9. "Acetylcysteine Solution, USP 10% 100mg/mL 10mL Package Quantity 3"
   - Manufacturer: Fresenius Kabi USA LLC
   - WAC Increase Reported on: 04/24/2025
   - WAC Increase Effective Date: 02/19/2025
   - Source: CalHHS Oct. 2025 Update, Row 332

10. "Glucagon HCl (Diagnostic) Injection Solution Reconstituted 1 MG Package Quantity 10"
    - Manufacturer: Fresenius Kabi USA LLC
    - WAC Increase Reported on: 04/24/2025
    - WAC Increase Effective Date: 02/19/2025
    - Source: CalHHS Oct. 2025 Update, Row 339

11. "HydrOXYzine HCl, 10 mg/5 mL Solution, 473 mL bottle"
    - Manufacturer: Lannett Company, Inc.
    - WAC Increase Reported on: 4/25/25
    - WAC Increase Effective Date: 1/21/25
    - Source: CalHHS Oct. 2025 Update, Row 416

12. "Ketorolac Tromethamine Ophthalmic Solution 0.4% 5mL"
    - Manufacturer: Mylan Pharmaceuticals Inc.
    - WAC Increase Reported on: 07/31/2025
    - WAC Increase Effective Date: 06/17/2025
    - Source: CalHHS Oct. 2025 Update, Row 460

13. "AFINITOR DISPERZ TABLET FOR SUSPENSION 2 mg 28"
    - Manufacturer: Novartis
    - WAC Increase Reported on: 04/29/2025
    - WAC Increase Effective Date: 01/14/2025
    - Source: CalHHS Oct. 2025 Update, Row 491

14. "Erythrocin<sup>TM</sup> (lactobionate) IV Rx, 500 mg, Single Dose Glass Fliptop Vial, 10"
    - Manufacturer: Pfizer
    - WAC Increase Reported on: 4/30/2025, 7/31/2025 (respectively)
    - WAC Increase Effective Date: 1/01/2025, 5/15/2025
    - Source: CalHHS Oct. 2025 Update, Rows 672–73

15. "MAGNESIUM SULFATE (magnesium sulfate), 4 mEq/mL (50 %), SYRINGE (ML), 1"
    - Manufacturer: Pfizer
    - Type: generic
    - WAC Increase Reported on: 4/30/2025, 7/31/2025 (respectively)
    - WAC Increase Effective Date: 1/1/2025, 5/15/2025
    - Source: CalHHS Oct. 2025 Update, Rows 720–21

16. "AMANTADINE HYDROCHLORIDE (AMANTADINE HYDROCHLORIDE) 50mg/5mL Oral Solution, 10mL Cup [Qty: 100]"
    - Manufacturer: Pharmaceutical Associates, Inc.
    - WAC Increase Reported on: 01/06/2025
    - WAC Increase Effective Date: 01/02/2025
    - Source: CalHHS Oct. 2025 Update, Row 804

17. "Flotrex 0.5mg, Vitamin A, Vitamin C, Vitamin D3, Vitamin E, Thiamin, Vitamin E, Thiamin, Riboflavin, Niacin, Vitamin B6, Folate, Vitamin B12, Fluoride, chewable tablets (30ct)"
    - Manufacturer: PureTek Corporation
    - WAC Increase Reported on: 04/02/2025
    - WAC Increase Effective Date: 04/01/2025
    - Source: CalHHS Oct. 2025 Update, Row 858

18. "Lidotral 5% Gel, Lidocaine HCl 5%, (3oz)"
    - Manf: PureTek Corporation
    - WAC Increase Reported on: 04/02/2025
    - WAC Increase Effective Date: 04/01/2025
    - Source: CalHHS Oct. 2025 Update, Row 860

19. "MORPHINE SULFATE ER 100MG TAB 100 tablet in 1 blister pack"
    - Manufacturer: SpecGx
    - WAC Increase Reported on: 06/18/2025
    - WAC Increase Effective Date: 06/02/2025
    - Source: CalHHS Oct. 2025 Update, Row 929

20. "NYSTATIN 100MU/ML SUSP UD -100x5mL"
    - Manufacturer: The Harvard Drug Group, L.L.C. dba Major Pharmaceuticals
    - WAC Increase Reported on: 07/23/2025
    - WAC Increase Effective Date: 05/12/2025
    - Source: CalHHS Oct. 2025 Update, Row 1019

## APPENDIX B:

| Year | Reported WAC Increases on Covered Products |
|---|---|
| **2019** | 1,369 |
| **2020** | 1,189 |
| **2021** | 979 |
| **2022** | 1,223 |
| **2023** | 1,484 |
| **2024** | 1,584 |
| **AVERAGE** | 1,304.7 |

Source: CalHHS 2019–2024 Data